IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

VIMAR GUTIERREZ,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Petitioner,

v.

CASE NO. 1D14-1187

NATIONAL REVENUE
SERVICE,

      Respondent.

_____/

Opinion filed August 6, 2014.

Petition for Writ of Certiorari – Original Jurisdiction.

Vimar Gutierrez, pro se, Petitioner.

Regina A. Echols and Jennifer Margolis Marquez of Newman & Marquez, P.A., Coral Gables, for Respondent.

PER CURIAM.

      DENIED.

LEWIS, C.J., WOLF and WETHERELL, JJ., CONCUR.